**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

November 3, 2010

Clerk, U.S. Bankruptcy Court

RE: Pamela Jane Smith
    Bankruptcy Case No.  1-07-04114
    Unclaimed Funds For: Falso Solutions, Inc.
                      PO Box 986
                      Newark NJ 07184-0986

Dear Clerk:

Enclosed herewith please find check No. 1000416 for $577.29 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                        Very truly yours,

                                        Carol A. Kreider
                                        Funds Manager

FILED
WILKES-BARRE PA
2010 NOV -5 AM 10:56
CLERK
U.S. BANKRUPTCY COURT